UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT IHLENFELD

     Plaintiff(s),                         No. C-11-02513 (EDL)

  v.                                      NOTICE OF CONTINUANCE
                                           OF CASE MANAGEMENT CONFERENCE

CITY OF SANTA ROSA

     Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Plaintiff's request, the initial Case Management Conference scheduled for August 30, 2011 in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until October 25, 2011.  A Joint Case Management Conference statement shall be filed by no later than October 18, 2011.  All other provisions of the Court's prior ADR Scheduling Order remain in effect.

Dated: August 2, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge