**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

SCOTT IHLENFELD, et al.,
    Plaintiffs,

  v.

CITY OF SANTA ROSA, et al.,
    Defendants.
_____/

No. C 11-2513 PJH

**ORDER RE: ATTENDANCE AT ENE**

Date:    March 28, 2012
Evaluator:    Christopher Johns

    IT IS HEREBY ORDERED that the request to excuse defendant Sgt. Alissa Johnson (Ret.) from participating in the March 28, 2012, ENE before Christopher Johns is GRANTED.

    IT IS SO ORDERED.

March 12, 2012    By: _____
Dated                        Donna M. Ryu
                                United States Magistrate Judge

