# UNITED STATES DISTRICT COURT
## Northern District of California
### Oakland Division

| | |
|---|---|
| SCOTT IHLENFELD, et al.,<br>    Plaintiffs,<br><br>    v.<br>CITY OF SANTA ROSA, et al.,<br>    Defendants. | No. C 11-2513 PJH<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:        March 28, 2012<br>Evaluator:   Christopher Johns |

IT IS HEREBY ORDERED that the request to excuse defendant Sgt. Alissa Johnson (Ret.) from participating in the March 28, 2012, ENE before Christopher Johns is GRANTED.

IT IS SO ORDERED.

March 12, 2012          By: _____
Dated                        Donna M. Ryu
                             United States Magistrate Judge

